LAUREN M. COOPER, CA Bar No. 254580
lauren.cooper@ogletree.com
JONATHAN W. BLACK, CA Bar No. 280421
jonathan.black@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
PEPSICO, INC.

TOWER LEGAL GROUP, P.C.
Renee N. Parras (SBN 283441)
James A. Clark (SBN 278372)
1510 J Street, Suite 125
Sacramento, CA 95814
Tel: (916) 361-6009
Fax: (916) 361-6019
Email: renee.parras@towerlegalgroup.com
          james.clark@towerlegalgroup.com

Attorneys for Plaintiff
JESSE ELSBERRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ELSBERRY,<br><br>             Plaintiff,<br><br>     v.<br><br>PEPSICO, INC.; and DOES 1-25, inclusive,<br><br>             Defendants. | Case No. 2:18-cv-01171-TLN-EFB<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed:  March 29, 2018<br>Trial Date:           None Set |

# JOINT STIPULATION

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff JESSE ELSBERRY ("Plaintiff"), and his attorneys of record, and Defendant PEPSICO, INC., ("Defendant"), by its attorneys of record, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below, namely to modify and revise the dates set in the Initial Pretrial Scheduling Order (Dkt. # 6):

1. **WHEREAS**, Plaintiff filed his Complaint in the Superior Court for the State of California, County of Sacramento on March 29, 2018;

2. **WHEREAS**, Defendant timely filed and served an Answer to Plaintiff's Complaint in the Sacramento County State Court on May 9, 2018;

2. **WHEREAS**, on May 10, 2018, Defendant timely removed this action to the above-captioned Court;

3. **WHEREAS**, on May 10, 2018, this Court issued an Initial Pretrial Scheduling Order ("Pretrial Scheduling Order"), which ordered, *inter alia*, the following dates:

   a. Completion of discovery by January 5, 2019 (240 days from Initial Pretrial Scheduling Order);

   b. Designation of expert witnesses by March 6, 2019 (60 days from close of discovery);

   c. Designation of supplemental experts by April 5, 2019 (30 days from expert disclosure);

   d. Last day to file dispositive motions by July 4, 2019 (180 days from close of discovery);

   e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion by May 5, 2019 (120 days from close of discovery);

4. **WHEREAS**, the parties are exploring potential resolution of this case and would like additional time to negotiate an informal settlement and/or engage in the Court's Voluntary Dispute Resolution Program ("VDRP") prior to completing discovery, filing dispositive motions and preparing for trial;

5. **WHEREAS**, the Parties intend to file a stipulation of election electing to participate in the Court's VDRP.

6. **WHEREAS,** good cause exists to modify the Pretrial Scheduling Order because further litigation may be unnecessary if the parties are able to resolve the matter either informally or through the VDRP;

7. **WHEREAS**, the parties have not requested any prior modification to the Pretrial Scheduling Order and any successful efforts to resolve the case may result in freeing up the Court's calendar.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, **AGREE AND HEREBY STIPULATE** that good cause exists to modify the Pretrial Scheduling Order as follows:

    a. Completion of discovery by March 6, 2019;

    b. Designation of expert witnesses by May 5, 2019 (60 days from close of discovery);

    c. Designation of supplemental experts by June 4, 2019 (30 days from expert disclosure);

    d. Dispositive motion(s) filed by no later than September 2, 2019 (180 days from close of discovery);

    e. Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than July 5, 2019 (120 days from close of discovery)

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: July 16, 2018 | TOWER LEGAL GROUP |

By: */s/ Renee N. Parras* (as authorized on July 9, 2018)
    RENEE N. PARRAS
    JAMES A. CLARK
    Attorneys for Plaintiff
    JESSE ELSBERRY

DATED: July 9, 2018    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lauren M. Cooper*
    LAUREN M. COOPER
    JONATHAN W. BLACK
    Attorneys for Defendant
    PEPSICO, INC.

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the Pretrial Scheduling Order be modified as follows:

    a.    Completion of discovery by March 6, 2019;

    b.    Designation of expert witnesses by May 5, 2019 (60 days from close of discovery);

    c.    Designation of supplemental experts by June 4, 2019 (30 days from expert disclosure);

    d.    Dispositive motion(s) filed by no later than September 2, 2019 (180 days from close of discovery);

    e.    Joint notice of trial readiness, if no party has filed a dispositive motion, filed by no later than July 5, 2019 (120 days from close of discovery)

**IT IS SO ORDERED.**

Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge

34778641.1